UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEBRA STOE,

    Plaintiff,

v.

MERRICK B. GARLAND, U.S. Attorney General,

    Defendant.

Civil Action No. 16-1618 (JDB)

**FILED**

SEP 27 2021

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## VERDICT FORM

1. Has the plaintiff proven, by a preponderance of the evidence, that the defendant intentionally discriminated against her on the basis of her gender by not selecting her for the Division Director position in 2014?

    __X__ YES      _____ NO

    Please proceed to Question 2.

2. If you answered "yes" to Question 1, your verdict should be for the plaintiff. If you answered "no" to Question 1, your verdict should be for the defendant.

    __X__ WE FIND FOR PLAINTIFF or

    _____ WE FIND FOR DEFENDANT

3. If you find for the plaintiff, state the amount of compensatory damages, if any, that you award to the plaintiff.

    Amount $ __445,000.00__

DATED: September 27, 2021